UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DONALD L. HYATT, II,                  *      CIVIL ACTION
MARSHALL A. HYATT,            *
and JOHN D. HYATT, M.D.,        *      NO. 2:13-cv-06328
                  PLAINTIFF    *
                              *      JUDGE MARTIN FELDMAN
    VERSUS                   *
                              *      MAG. JUDGE ROBY
LAVERN D. ROVIG, IFC HOLDINGS,  *
INC., and JACKSON NATIONAL LIFE  *
INSURANCE COMPANY,        *
                 DEFENDANTS  *
                              *
*    *    *    *    *    *    *    *

**12(b)(6) MOTION TO DISMISS, OR ALTERNATIVELY,
TO STAY AND COMPEL ARBITRATION**

NOW INTO COURT, through undersigned counsel, come defendants, Lavern D. Rovig,

IFC Holdings, Inc., and Jackson National Life Insurance Company (collectively, "Defendants"),

and with a full reservation of rights, moves this Honorable Court, pursuant to Federal Rule of

Civil Procedure 12(b)(6), for an order dismissing the claims brought by Plaintiffs.  Alternatively,

Defendants seek an order staying Plaintiffs' claims and compelling Plaintiffs to proceed with

their claims in arbitration.

As more fully set forth in the accompanying memorandum, Plaintiffs fail to state a claim

upon which relief can be granted.  Additionally, Plaintiffs' claims, to the extent they exist, are

subject to an agreement requiring arbitration of the claims.

WHEREFORE, Defendants pray that this Court enter an Order dismissing Plaintiffs' suit

for failure to state a claim under Rule 12(b)(6), or, alternatively, staying Plaintiffs' suit and

compelling Plaintiffs to arbitrate its dispute with Defendants.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:         *s/ Sarah K. Casey*
           KENT A. LAMBERT, T.A. (22458)
           SARAH K. CASEY (32385)
           201 St. Charles Avenue, Suite 3600
           New Orleans, Louisiana  70170
           Telephone:  (504) 566-5200
           Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANTS,
LAVERN D. ROVIG, IFC HOLDINGS, INC.,
and JACKSON NATIONAL LIFE INSURANCE
COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that on January 30, 2014, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

all CM/ECF participants.  I further certify that there are no non-CM/ECF participants:

           *s/ Sarah K. Casey*