## AFFIDAVIT OF SCOTT R. FORBUSH

STATE OF MICHIGAN

COUNTY OF INGHAM

 BEFORE ME, the undersigned Notary Public, came and appeared

**Scott R. Forbush**

who, after first being properly identified to and duly sworn by me, did depose and testify before me while under oath and before the undersigned witnesses as follows:

1. I am a person of the full age of majority, domiciled and residing in Ingham County, Michigan.

2. I have been employed by Jackson National Life Insurance Company ("Jackson National") since 2005. My current position is Assistant Vice President – Legal.

3. In connection with my position, I have personal knowledge of the business records of Jackson National.

4. Jackson National has not issued an insurance policy providing liability insurance coverage to any of the following: IFC Holdings, Inc.; INVEST Financial Corporation; or, Lavern Rovig.

This concludes my affidavit.

Scott R. Forbush, Assistant Vice President - Legal

**SWORN TO AND SUBSCRIBED**
**BEFORE ME, NOTARY, THIS**
**30th DAY OF JANUARY, 2014,**
**IN THE COUNTY OF INGHAM,**
**STATE OF MICHIGAN.**

**Tonia L. Denslow, NOTARY PUBLIC**
**My Commission Expires:  12/17/14**

{SEAL}