UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD L. HYATT, II, <br> MARSHALL A. HYATT, <br> and JOHN D. HYATT, M.D., <br>     PLAINTIFFS <br> <br> VERSUS <br> <br> LAVERN D. ROVIG, IFC HOLDINGS, <br> INC., and JACKSON NATIONAL LIFE <br> INSURANCE COMPANY, <br>     DEFENDANTS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> NO. 2:13-cv-06328 <br> <br> JUDGE MARTIN FELDMAN <br> <br> MAG. JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*

## EX PARTE MOTION FOR LEAVE TO FILE
## MEMORANDUM IN EXCESS OF PAGE LIMIT

NOW INTO COURT, through undersigned counsel, come Defendants, IFC Holdings, Inc. and Lavern D. Rovig (collectively, "Defendants"), respectfully to move this Honorable Court for leave to file their Reply Memorandum in Support of 12(b)(6) Motion to Dismiss, or Alternatively, to Stay and Compel Arbitration, which exceeds the ten page limit set forth in Local Rule 7.7. The reply memorandum is eleven pages; Defendants submit that the additional page is necessary to adequately respond to Plaintiffs' Memorandum in Opposition [R. Doc. 15], which cited numerous cases in alleged support of their arguments regarding dismissal and arbitration.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant it leave to exceed the standard page limit and file its Reply Memorandum in Support of 12(b)(6) Motion to Dismiss, or Alternatively, to Stay and Compel Arbitration.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: _____*s/ Sarah K. Casey*_____
KENT A. LAMBERT, T.A. (22458)
SARAH K. CASEY (32385)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANTS,
LAVERN D. ROVIG, IFC HOLDINGS, INC.,
and JACKSON NATIONAL LIFE INSURANCE
COMPANY**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 25th, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that there are no non-CM/ECF participants:

_____*s/ Sarah K. Casey*_____