UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD L. HYATT, II, <br> MARSHALL A. HYATT, <br> and JOHN D. HYATT, M.D., <br>      PLAINTIFFS <br><br> VERSUS <br><br> LAVERN D. ROVIG, IFC HOLDINGS, <br> INC., and JACKSON NATIONAL LIFE <br> INSURANCE COMPANY, <br>      DEFENDANTS | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 2:13-cv-06328 <br><br> JUDGE MARTIN FELDMAN <br><br> MAG. JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*

**O R D E R**

Considering the foregoing Ex Parte Motion for Leave to File Memorandum in Excess of Page Limit filed by Defendants, IFC Holdings, Inc. and Lavern D. Rovig, and for good cause shown;

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendants' Reply Memorandum in Support of 12(b)(6) Motion to Dismiss, or Alternatively, to Stay and Compel Arbitration should be filed.

New Orleans, Louisiana, on this the _____ day of February, 2014.

                  _____
                    UNITED STATES DISTRICT JUDGE